UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

Wenyong Yue, Huizhoushi Huifangyuan Nongye Keji Youxian Gongsi a/k/a Botail, and yidiandian Shenzhen wenhuachuanmeiyouxiangongsi a/k/a Cool Essential,

                Plaintiffs,

  -against-

John Nashed Hanna, Reaction Labs LLC a/k/a Lup, and Amazon.com, Inc.,

                Defendants.

----------------------------------------------------------------X

Civil Action No.: 2:24-cv-04579-LGS

Judge: Hon. Lorna G. Schofield

By **July 12, 2024**, all parties shall meet and confer in person or by telephone regarding the issues presented in this motion. If the parties are unable to reach a resolution, by **July 16, 2024**, Defendants John Nashed Hanna, Reaction Labs LLC and Amazon.com, Inc. shall respond to this motion. An in-person hearing will be held on this motion on **July 22, 2024, at 2:30 P.M.** in Courtroom 1106 at the Thurgood Marshall United States Courthouse at 40 Foley Square, New York, NY 10007. By **July 9, 2024**, Plaintiffs shall serve a copy of this Order on Defendant Amazon.com, Inc. and file proof of service on the docket. So Ordered.

Dated: July 8, 2024
New York, New York

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

### PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 65, Plaintiffs Wenyong Yue, Huizhoushi Huifangyuan Nongye Keji Youxian Gongsi a/k/a Botail, and yidiandian Shenzhen wenhuachuanmeiyouxiangongsi a/k/a Cool-Essential, (hereinafter "Yue," "Botail" and "Cool-Essential," respectively and "Plaintiffs" collectively), by their counsel, shall appear in person before the Honorable Judge Lorna G. Schofield on ~~Tuesday,~~ Monday, July 22, 2024, at ~~10:00 a.m.~~ 2:30 P.M. in Courtroom 1106 at the U.S. District Court for the Southern District of New York at 40 Centre Street, New York, New York 10007, and present Plaintiffs' Motion for Preliminary Injunction against Defendants to reverse their extrajudicial acts and to prevent further extrajudicial acts against the Plaintiffs.

|  |  |
|---|---|
| | By:    */s/lance liu* |
| | Lance Liu, Esq. |
| Dated: July 7, 2024 | Lanceliu2000@gmail.com |
| | 15 Minuteman Circle |
| | Southbury, CT 06488 |
| | Attorney for Plaintiffs |

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2024, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsel of record.

A copy of the foregoing is also sent to Amazon.com, Inc via first class mail at:

Legal Department
Amazon.com, Inc
410 Terry Ave.
N Seattle, WA 98109

|  |  |
|---|---|
| | By:  /s/lance liu |
| | Lance Liu, Esq. |
| Dated: July 7, 2024 | Lanceliu2000@gmail.com |
| | 15 Minuteman Circle |
| | Southbury, CT 06488 |
| | Attorney for Plaintiffs |