UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WENYONG YUE et al,
                              Plaintiffs,          24 Civ. 4579 (LGS)

        -against-                       ORDER

JOHN NASHED HANNA et al,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic conference was held on September 11, 2024. For the reasons discussed at the conference, it is hereby

       **ORDERED** that Defendants' motion to transfer this case to the Western District of Texas (Austin Division) is **GRANTED**. Defendant Hanna's motion to dismiss for lack of personal jurisdiction and lack of venue is **DENIED** as moot. The letter motion at Docket No. 36 is **DENIED** as moot. All briefing deadlines remain unchanged. All previously scheduled conferences are **ADJOURNED** sine die.

       The Clerk of Court is respectfully directed to close the motions at Docket Nos. 48 and 51 and to transfer this action to the United States District Court for the Western District of Texas (Austin Division).

Dated: September 11, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE